**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| ARIEL SEAFOODS OF FLORIDA, INC. *et al*, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 26-3468 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 6, 11 |
| | : | | |
| HOWARD LUTNICK, *et al.*, | : | | |
| | : | | |
| Defendant. | : | | |

# ORDER

## GRANTING FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION'S MOTION TO INTERVENE, GRANTING JOINT MOTION OF SOUTH CAROLINA DEPARTMENT OF NATURAL RESOURCES AND GEORGIA DEPARTMENT OF NATURAL RESOURCES TO INTERVENE

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Florida Fish and Wildlife Conservation Commission's Motion to Intervene (ECF No. 6) is **GRANTED**; and the Joint Motion of the South Carolina Department of Natural Resources and Georgia Department of Natural Resources to Intervene (ECF No. 11) is **GRANTED**. It is hereby:

**ORDERED** that Florida Fish and Wildlife Conservation Commission, South Carolina Department of Natural Resources, and Georgia Department of Natural Resources shall comply with the Court's briefing schedule Order (ECF No. 10).

**SO ORDERED**.

Dated: October 22, 2026

RUDOLPH CONTRERAS
United States District Judge