**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARIEL SEAFOODS OF FLORIDA, INC., et al.,<br><br>*Plaintiffs*<br><br>v.<br><br>HOWARD LUTNICK, in his official capacity as Secretary of Commerce, et al.,<br><br>*Defendants* | Case No. 26-cv-3468-RC |

**[ PROPOSED ] ORDER GRANTING SUMMARY JUDGMENT TO PLAINTIFFS**

Upon consideration of all motions for summary judgment, all memoranda, declarations, and exhibits submitted by the parties to date, the contents of the administrative record, and the contents of the hearing held on ___________________________, 2026, it is hereby:

- ORDERED that Plaintiffs' motion for summary judgment is GRANTED, for reasons set forth in the Memorandum Opinion that accompanies this Order;
- ORDERED that the Exempted Fishing Permits numbered 26-SERO-05, 26-SERO-06, and 26-SERO-07 are VACATED and SET ASIDE;
- DECLARED that Federal Defendants' issuance of the Exempted Fishing Permits numbered 26-SERO-05, 26-SERO-06, and 26-SERO-07 was arbitrary, capricious, or otherwise not in accordance with law, and/or in excess of statutory authority, within the meaning of 5 U.S.C. § 706(2)(A) and (C), and violated the Magnuson-Stevens Act,

including 16 U.S.C. §§ 1851(a)(1), (a)(2), (a)(4), and 1853(a)(15), for the reasons set forth in the accompanying Memorandum Opinion;

- ORDERED that Federal Defendants shall apply the governing allocation ratio for South Atlantic red snapper of 28.07% commercial and 71.93% recreational, to any further increases in available red snapper landings relative to the Amendment 59 levels—whether provided via exempted fishing permits or otherwise—that may occur for the years 2027 and 2028, absent a fully analyzed and supported reallocation in accordance with National Standard 4 and associated provisions.

Dated: ________________ ______________________________

RUDOLPH CONTRERAS
United States District Judge